CHRISTIAN F. DILG, Appellant, *v.* GUSTAVUS EMIL STRAUSS, Respondent.

*Dilg* v. *Strauss*, 158 App. Div. 718, affirmed.
(Argued January 20, 1916; decided February 4, 1916.)

APPEAL from a judgment, entered December 12, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term overruling a demurrer to the reply and sustaining such demurrer in an action to recover for breach of contract. The question involved was whether the cause of action arose more than six years prior to the date upon which the action was commenced.

*Howard A. Sperry* for appellant.

*Harry F. Mela* and *Herbert R. Limburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.